JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK HARRIS, | Case No. CV 19-5590-PA (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| T. ENGELS, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that (1) the claim against defendant Engels is DISMISSED with prejudice and without leave to amend, and (2) the claims against defendants Rocke, Friedman, and Porter are DISMISSED without prejudice and without leave to amend.

Dated: August 23, 2022

PERCY ANDERSON
United States District Judge